TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00120-CR


NO. 03-04-00121-CR






Jose Angel Quiab, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT


NOS. 2031467 & 3030833, HONORABLE BOB PERKINS, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's third motion for extension of time to file brief is granted. Appellant's
counsel, Ms. Kristin Etter, is ordered to tender a brief in this cause no later than January 14, 2005. 
No further extension of time will be granted.

It is ordered January 4, 2005. 


Before Chief Justice Law, Justices Patterson and Puryear

Do Not Publish